

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00342-CV

| | | |
|---|---|---|
| BAKER AVIATION, LLC AND BAKER AVIATION MAINTENANCE, LLC, Appellants | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-293033-17) |
| V. | | |
| | § | August 15, 2024 |
| DOUBLE H INTERNATIONAL HOLDINGS, INC., Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's judgment, and we render judgment that (1) Double H International Holdings, Inc. take nothing on its breach-of-fiduciary-duty, fraud, negligence, and attorney's-fees claims and (2) Baker Aviation, LLC recover of and from Double H International $146,403.32 in breach-of-contract damages. We also remand the case to the trial court for reconsideration of

Baker Aviation's entitlement to attorney's fees and to the funds Double H International deposited into the trial court's registry.

We order that the supersedeas bond filed with the trial-court clerk on November 15, 2022, be released and that Baker Aviation and Baker Aviation Maintenance, LLC's surety—United States Fire Insurance Company—is discharged from its obligations under the bond.

We further order that Double H International pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr